

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION, | § | No. 08-17-00047-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 171st District Court |
| | § | of El Paso County, Texas |
| GENARO FLORES, | § | (TC# 2014-DCV1263) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's judgment granting Appellee the right to execute. We therefore modify the trial court's judgment to excise the language in the judgment granting Appellee the right to execute. The judgment, as modified, is affirmed. We further order that Appellee recover from Appellant and its sureties, if any, all costs both in this Court and the court below. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.